UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>  Plaintiff,<br><br>v.<br><br>MAMIGONS EXPRESS, INC.<br><br>  Defendant, | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04cv10430 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Mamigons Express, Inc. in the above-captioned action. Defendant was served with the complaint and summons on April 3, 2004. A copy of proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: May 11, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Catherine M. Campbell_____
Attorney for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Michael F. Tashjian, President, Mamigons Express, Inc., 44 St. Lawrence Street, Braintree, MA 02184.

Date: May 11, 2004                    /s/ Catherine M. Campbell_____
                                      Catherine M. Campbell