AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

MAMIGONS EXPRESS, INC.

CASE NUMBER:

04-       GS

04-10430RGS

TO: (Name and address of defendant)

Michael F. Tashjian, President
Mamigons Express, Inc.
44 St. Lawrence Street
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

March 3, 2004
DATE

(BY) DEPUTY CLERK

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

April 6, 2004

I hereby certify and return that on 4/3/2004 at 12:22 pm I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Ronda Tashjian, , person in charge at the time of service for Mamigons Express, Inc., at , 44 St. Lawrence Street, Braintree, MA 02184. Conveyance ($1.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

*Deputy Sheriff* William M Blake                                      _____
                                                                                           *Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                          Signature of Server

                                                             _____
                                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.