UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
) C.A. No. 04cv10430 RGS
v. )
)
MAMIGONS EXPRESS, INC. )
)
Defendant, )
)

## AGREEMENT FOR JUDGMENT

The Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters & Trucking Industry Pension Fund, and the Defendant, Mamigons Express, Inc., hereby stipulate and agree to enter this judgment for the Plaintiff against the Defendant for a total of $ 8,541.77, of which $5,276.73 is for payment of unpaid rate charges and late charges contributions to the Plaintiff, liquidated damages in the amount of $1,055.35, and attorney's fees and costs in the amount of $2,209.69 as provided by Section 502(g)(2) of ERISA, U.S.C. § 1132(g)(2). The Fund reserves its right to conduct a payroll audit of Mamigons and seek payment of additional contributions pursuant to such audit.

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $8,541.77.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, FUND MANAGER | MAMIGONS EXPRESS, INC. |

_____
Catherine M. Campbell, BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: 5/28/04

_____
Michael F. Tashjian, President
Mamigons Express, Inc.

Dated: 5/28/04

By the Court,

_____
Deputy Clerk

Dated: