UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAMIGONS EXPRESS, INC. )<br>)<br>Defendant, )<br>_____ ) | C.A. No. 04cv10430 RGS |

## JUDGMENT

The Plaintiff, Charles Langone, as Fund Manager of the New England Teamsters & Trucking Industry Pension Fund, and the Defendant, Mamigons Express, Inc., have stipulated and agree to enter this judgment for the Plaintiff against the Defendant for a total of $ 8,541.77, of which $5,276.73 is for payment of unpaid rate charges and late charges contributions to the Plaintiff, liquidated damages in the amount of $1,055.35, and attorney's fees and costs in the amount of $2,209.69 as provided by Section 502(g)(2) of ERISA, U.S.C. § 1132(g)(2). The Fund reserves its right to conduct a payroll audit of Mamigons and seek payment of additional contributions pursuant to such audit.

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $8,541.77.

Dated:_____        _____
                                    Judge Richard G. Stearns