UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MAMIGONS EXPRESS, INC.<br><br>Defendant, | C.A. No. 04cv10430 RGS |

**SATISFACTION OF JUDGMENT**

As the defendants have paid all sums owed under the judgment issued in this matter on January 31, 2005, this document serves a notice that the Judgment has been satisfied. The Fund reserves its right to conduct a payroll audit of Mamigons Express, Inc., and seek payment of additional contributions pursuant to such audit.

Dated: January 31, 2005              For the Plaintiff,


　　　　　　　　　　　　　　　　　　　　 /s/ Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　BBO #549397
　　　　　　　　　　　　　　　　　　　Feinberg, Campbell & Zack, P.C.
　　　　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 338-1976